ON MOTION FOR REHEARING
PER CURIAM.
Affirmed. Mulvey v. State, 41 So.2d 156 (Fla.1949); Myers v. State, 499 So.2d 895 (Fla. 1st DCA 1986). This case presents the same question certified in Condiles v. State, 512 So.2d 331 (Fla. 3d DCA 1987):
IS USE OF THE HABITUAL OFFENDER STATUTE TO EXCEED THE STATUTORILY PRESCRIBED MAXIMUM SENTENCE FOR THE OFFENSE PRECLUDED WHERE THE SENTENCE IMPOSED DOES NOT EXCEED THE RECOMMENDED GUIDELINE SENTENCE?
Question certified.